KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email: ef-ksf@cpdb.com,
       ef-jdg@cpdb.com,
       ef-jjb@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC., *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; DON KIRSCHNER ENTERTAINMENT COMPANY AND CRUVEN, INC., A JOINT VENTURE d/b/a KIRSCHNER CBS MUSIC PUBLISHING; ABKCO MUSIC, INC.; PAUL SIMON MUSIC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; STONE DIAMOND MUSIC CORP.; WACISSA RIVER MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; TOKECO TUNES, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICIA R. MALONE, individually and d/b/a MALONE'S GRANDE GRILLE, <br><br> Defendants. | Case No. CV 12-04911-MEJ <br><br> **NOTICE OF DISMISSAL** <br><br> Trial Date:     None Set |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and the Settlement Agreement between the parties, Plaintiffs Broadcast Music, Inc. *et al.* hereby voluntarily dismiss this action, with prejudice, including all claims.  The parties have executed a Settlement Agreement and a Stipulated Final Judgment Upon Consent.  Plaintiffs request that the Court retain

13389.019 2224334v1

1

**NOTICE OF DISMISSAL**

1 limited jurisdiction through January 31, 2014 for the purpose of entering the Stipulated Final
2 Judgment Upon Consent in the event of Defendants' default under the terms of the Settlement
3 Agreement.

DATED: December 11, 2012     COBLENTZ, PATCH, DUFFY & BASS LLP

By:     */s/ Karen S. Frank*
Karen S. Frank
Attorneys for Plaintiffs
BROADCAST MUSIC, INC., *et al.*



Dated:    12/13/2012

13389.019 2224334v1

2
**NOTICE OF DISMISSAL**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, CA 94111-4213.

On December 11, 2012, I served true copies of the following document(s) described as

**NOTICE OF DISMISSAL**

on the interested parties in this action as follows:

**Phil Passafuime**
**Dawson, Passafuime, Bowden & Martinez**
**4665 Scotts Valley Drive**
**Scotts Valley, CA 95066**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 11, 2012, at San Francisco, California.

_____
Mark W. Allen

13389.019 2224334v1

Proof of Service - NOTICE OF DISMISSAL